UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21578-SINGHAL

DCSW GROUP LLC,

    Plaintiff,

v.

FPM HOLDINGS LLC, et. al.

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Expedited Motion to Continue Stay and Suspend All Deadlines (the "**Motion**") (DE [36]). Being fully advised of the premises and finding good cause, it is hereby:

**ORDERED AND ADJUDGED**:

1. The Motion (DE [36]) is **GRANTED**.

2. This matter is stayed and all deadlines are suspended for an additional sixty (60) day period commencing on January 26, 2026, and ending on March 27, 2026, during which period either party may move to lift the sixty (60) day stay for good cause.

3. The Parties are advised that, absent compelling circumstances, the Court is disinclined to further stay these proceedings.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22nd day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel via CM/ECF