UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21578-CIV-SINGHAL/STRAUSS

DCSW GROUP LLC,

     Plaintiff,

v.

FPM HOLDINGS LLC, *et. al*.

     Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on a *sua sponte* review of the docket. Defendants' filed their Renewed Motion to Dismiss Corrected Second Amended Complaint (the "**Motion**") on April 1, 2026.  (DE [43]).  Plaintiff has failed to timely oppose the Motion.  *See* S.D. Fla. L.R. 7.1(c)(1) (requiring response in opposition within 14 days). While the Court is predisposed to grant the Motion by default, it temporarily withholds that judgment only because of the relatively recent death of Plaintiff's sole managing member (DE [33]) and recent substitution of counsel (DE [40]).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff is **ORDERED** to respond to the Motion (DE [43]) no later than **April 30, 2026**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF